
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL CATEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-01973-JMS-DML |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

## ORDER

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice as to the plaintiff's claim for back long term disability benefits, each party to bear their own attorneys' fees and costs [10].

SO ORDERED.

Date: 7/19/2018

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:
Daniel K. Ryan:  dryan@hinshawlaw.com
Jennifer Kalas:  jkalas@hinshawlaw.com
Bridget O'Ryan:  boryan@oryanlawfirm.com

302215430v1 1011095